UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GILLIAN K. O'CONNOR,

    Plaintiff,

    v.

KILOLO KIJAKAZI,

    Defendant.

Case No. 22-cv-07019-RMI

**JUDGMENT**

On March 11, 2024, the court entered an order on the Parties' cross motions for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 11, 2024

ROBERT M. ILLMAN
United States Magistrate Judge